UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA STEELE,<br><br>Plaintiff,<br><br>v.<br><br>AUTO POLICY PLUS, LLC,<br><br>Defendant. | No.  2:26-cv-01791-SCR<br><br><br>ORDER |

This matter was referred to the undersigned pursuant to the Automated Case Assignment Plan under Appendix A to the Local Rules.  Defendant has filed an answer, and neither party declined jurisdiction of the undersigned magistrate judge.  ECF No. 6.  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for Thursday, **July 23, 2026 at 11 a.m**., at the United States District Court, **to be convened over Zoom**.  The courtroom deputy will provide dial-in instructions approximately one week before the conference.

2. Not later than seven (7) days prior to the Status Conference, the parties shall file a joint status report addressing the following matters:

      a.   Service of process;

      b.   Possible joinder of additional parties;

      c.   Any expected or desired amendment of the pleadings;

1

d.  Jurisdiction and venue;

e.  Anticipated motions and their scheduling;

f.  The report required by Federal Rule of Civil Procedure 26(f) outlining the proposed discovery plan and its schedule, including disclosure of expert witnesses;

g.  Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h.  Special procedures, if any;

i.  Estimated trial time;

j.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

k.  Whether the case is related to any other cases, including bankruptcy;

l.  Whether a settlement conference should be scheduled;

m.  Whether the parties will stipulate to the magistrate judge assigned to this matter acting as a settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference before another judge;

n.  Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: July 7, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2